UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 6:21-CR-007-S-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ADOPTING** |
| | ) | **RECOMMENDATION OF** |
| HEATHER N. CODY, | ) | **ACCEPTANCE OF GUILTY PLEA** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 262] Defendant Heather Cody personally consented to plead before the United States Magistrate Judge and to having the Magistrate Judge conduct a Rule 11 hearing and issue a recommendation concerning the acceptance of her guilty plea. [R. 268] At the hearing, the Magistrate Judge determined that Defendant was competent to plead, advised her of all applicable rights, and determined that she was aware of the potential penalties, as well as the sentencing process. [R. 262] The Magistrate Judge concluded that Defendant pleaded guilty to Count One of the Superseding Indictment in a knowing, voluntary, and intelligent fashion. *Id.* He recommended that the Court accept Defendant's guilty plea and adjudge her guilty of Count One of the Superseding Indictment. *Id.*

The Recommendation instructed the parties to file any specific written objections within three (3) days, or else waive the right to further review. *Id.* Neither party has objected to the Recommendation, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant knowingly and competently pleaded guilty to Count One of the Superseding Indictment and that an adequate factual basis supports

the plea as to each essential element of the offense charged. Accordingly, the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Magistrate Judge's Recommendation of Acceptance of Guilty Plea [**R. 262**] is **ADOPTED** as the opinion of the Court.

2. Defendant Heather N. Cody is **ADJUDGED** guilty of Count One of the Superseding Indictment.

3. Defendant's jury trial and all other pre-trial proceedings are **CANCELLED** and **STRICKEN** from the Court's active docket.

4. A Sentencing Order shall be entered promptly.

This the 28th day of July, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY